UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cr-00025-TWP-VTW |
| | ) | |
| JAMES HARDEN, | ) | -03 |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a *pro se* motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 841. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, the motion, dkt. [841], is **denied without prejudice**.

If Defendant wishes to renew the motion, Defendant may do so by completing and returning the enclosed form motion. The Court notes that, in his current motion, Defendant states that he is currently incarcerated at the Clark County Jail "due to a different appeal." Dkt. 841. If Defendant renews his motion by completing and returning the form motion, he must explain in detail what "different appeal" is being pursued and how he came to be placed in the Clark County Jail.

The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 8/17/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Harden
Clark County Jail
501 E. Court Ave.
Jeffersonville, IN 47130

All Electronically Registered Counsel