UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                            )<br>                  Plaintiff,         )<br>                                                            )<br>         v.                                              )         Cause No.  4:15-cr-25-TWP-VTW-3<br>                                                            )<br>JAMES HARDEN,                         )<br>                                                            )<br>                  Defendant.       )  | |

## REPORT AND RECOMMENDATION

On January 27, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on December 17, 2024 (Dkt. 997). Defendant James Harden appeared in person with his appointed counsel James Earhart. The government appeared by Brad Shepard, Assistant United States Attorney. U. S. Probation appeared by Officer Shallon Watson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  At the initial hearing held on January 23, 2025, the Court advised Mr. Harden of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2.  After being placed under oath at the hearing on January 27, 2025, Mr. Harden admitted violation(s) 1-3 as contained in the Petition.

3.  The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |

As previously report to the Court, on May 21, 2024, Mr. Harden was arrested and charged with Operating a Vehicle While Intoxicated Endangering a Person, Operating a Vehicle with Alcohol Concentration Equivalent to at Least .08 but Less than, No headlight, and Learner's Permit Violation in Vanderburgh County Cause Number 82D06-2405-CM-003335.

| | |
|---|---|
| 2 | **"You shall not use or possess alcohol."** |

On December 10, 2024, Mr. Harden provided a positive breathalyzer sample of 0.020. This breathalyzer was administered upon his return to the Residential Reentry Center (RRC), by staff.

Additionally, the following instances of positive breathalyzer samples on the SoberLink mobile alcohol monitoring device were previously reported to the Court: on June 26, 2024, during the initial installation of the device, Mr. Harden provided a positive breathalyzer sample of 0.0885; on August 18, 2024, a positive breathalyzer sample of 0.077; on August 22, 2024, a positive breathalyzer sample of 0.029; and on October 3, 2024, Mr. Harden provided a positive breathalyzer sample of 0.027.

Also previously reported to the Court, on December 3, 2024, Mr. Harden provided a positive breathalyzer sample of 0.034. This breathalyzer was administered upon his return to the RRC, by staff.

| | |
|---|---|
| 3 | **"You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility."** |

Mr. Harden failed to return to the RRC on December 13, 2024, from his approved employment pass. Mr. Harden was discharged from the RRC, and considered an absconder on December 13, 2024, after all escape and absconder procedures were completed.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

  (b) Defendant's criminal history category is III.

  (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The government recommended Mr. Harden's supervised release be revoked and that he be sentenced to the Bureau of Prisons for a period of 6 months followed by a return to supervised release with the previously imposed conditions including mobile alcohol monitoring via SoberLink and continued treatment for alcohol abuse.

6. Defendant recommended Mr. Harden be sentenced to time served and reinstated on supervised release with the previously imposed conditions including participating in a treatment program for alcohol abuse.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be modified to include the following:

1. Defendant shall reside in a residential re-entry center (other than the Volunteers of America, if possible) for a period of 180 days. The court prefers a facility where defendant can participate in treatment for alcohol abuse if possible.

2. Defendant shall participate in treatment for alcohol abuse at least weekly, unless otherwise directed by the U.S. Probation Office.

3. Defendant shall attend Alcoholics Anonymous meetings weekly, unless otherwise directed by the U.S. Probation Office.

4. Defendant shall seek and maintain employment.

5. Defendant shall keep the U.S. Probation Office notified of his residence.

6. Defendant shall continue to be monitored by mobile alcohol monitoring, such as SoberLink, for the remainder of his term of supervised release, shall abide by all the technology requirements and pay the costs associated with this condition to the extent determined by the U.S. Probation Office.

7. There shall be zero tolerance for any further violations of supervised release.

The above delineated conditions shall be in addition to the mandatory conditions of supervision and the following additional conditions which were previously imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.
   *Justification: This condition is an administrative requirement of supervision.*

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.
   *Justification: This condition is an administrative requirement of supervision.*

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.
   *Justification: This condition is an administrative requirement of supervision.*

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.
   *Justification: This condition is an administrative requirement of supervision.*

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.
   *Justification: This condition is an administrative requirement of supervision.*

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.
   *Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.*

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.
   *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.
   *Justification: This condition will provide for public and officer safety.*

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

*Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.
    *Justification: This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.*

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
    *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.
    *Justification: This condition will reduce the risk to the community posed by the offense of conviction, as well as the offender's personal history and characteristics.*

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.
    *Justification: This condition is an administrative requirement of supervision.*

14. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.
    *Justification: Due to the offender's history of substance abuse, this condition is meant to address the offender's treatment needs in the most efficient manner. If he tests positive for illegal drugs, a treatment condition will allow the probation officer to immediately refer him for treatment rather than waiting until his conditions can be modified.*

15. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.
    *Justification: The defendant has been actively using illegal substances. This condition will deter use of any controlled substances and assist in relapse prevention.*

16. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e. g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.
    *Justification: Based on the nature of the offender's substance abuse history, this*

5

*condition will deter any unlawful possession or use of psychoactive substances.*

17. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.
    *Justification: This condition will allow the probation office to monitor the offender's sobriety and help ensure compliance with a drug-free lifestyle.*

18. You shall not use or possess alcohol.
    *Justification: This condition will allow the probation office to monitor the offender's sobriety.*

19. You shall pay the costs associated with the following imposed conditions of supervised release/probation, to the extent you are financially able to pay: substance abuse treatment and substance abuse testing. The probation officer shall determine your ability to pay and any schedule of payment.
    *Justification: This condition will require the offender to invest in his own rehabilitation.*

20. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

    *Justification: Due to the nature of the instant offense, this condition is necessary to ensure the protection of the community by allowing the probation officer to investigate any reasonable suspicion the offender is engaging in criminal behavior.*

The defendant shall remain in the custody of the U.S. Marshal until the U.S. Probation Office can find an appropriate residential re-entry center for the Defendant, if the same has not occurred by the time the District Judge makes her final decision in this matter.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 1/28/2025

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system